John LASCHKEWITSCH,
Plaintiff-Appellant,

v.

TRANSAMERICA LIFE INSURANCE
COMPANY, Defendant-Appellee.

No. 17-1950

United States Court of Appeals,
Fourth Circuit.

Submitted: February 26, 2018

Decided: March 12, 2018

John B. Laschkewitsch, Appellant Pro Se. Douglas Marshall Jarrell, ROBINSON BRADSHAW & HINSON, PA, Charlotte, North Carolina; Misty A. Murray, HINSHAW & CULBERTSON LLP, Los Angeles, California, for Appellee.

Before TRAXLER, WYNN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John B. Laschkewitsch appeals the district court's orders granting the motion to compel arbitration, confirming the arbitrator's award, and denying the motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Laschkewitsch v. Transamerica Life Ins. Co.*, No. 5:14-cv-00632-D, 2015 WL 12851582, 2016 WL 9776963, 2017 WL 4485896 (E.D.N.C. Jan. 20, 2015; Sept. 21, 2016; July 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*